**FILED**

AUG 4 2010

CLERK
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

RYAN LAW OFFICES
1416 WEST STREET
REDDING, CA 96001
(530) 247-1889 TEL.
(530) 229-1423 FAX

Adam B. Ryan, SBN 188419
Attorney for Defendant JEFFERY M. NEWMAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:10-MJ-15 |
| Plaintiffs, | **REQUEST FOR AUTHORIZATION TO EMPLOY INVESTIGATOR AND ORDER THEREON** |
| vs. | |
| JEFFERY M. NEWMAN, | |
| Defendant, | |

It is respectfully requested that CHESTER ASHMUN OF ASHMUN INVESTIGATIONS be appointed to investigate matters relating to the above entitled case and that he be allowed reimbursement for interviews of witnesses and defendant at the rate of $60.00 per hour, estimated cost $1500.00.

DATED: 7-20-10

_____
Adam B. Ryan
Attorney for Defendant

"IT IS SO ORDERED"

DATED: 8-4-10

_____
U.S. MAGISTRATE JUDGE