UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiffs,

v.

JEFFERY NEWMAN,

Defendant.
_____/

Case No. 3:10-MJ-15

STIPULATION

The parties, through their undersigned counsel, stipulate that court trial in this matter, scheduled for August 11, 2010 at 10:00 a.m., be vacated and that a court trial in the matter be set for October 29, 2010 at 10:00 A.M.

Dated: August 9, 2010

BENJAMIN B. WAGNER
United States Attorney

By: _____
MATTHEW STEGMAN
Assistant U.S. Attorney

Dated: August ____, 2010

By: _____
ADAM B. RYAN
Attorney for Defendant

1

STIPULATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:10-MJ-15 |
| Plaintiffs, | STIPULATION |
| v. | |
| JEFFERY NEWMAN, | |
| Defendant. | |

The parties, through their undersigned counsel, stipulate that court trial in this matter, scheduled for August 11, 2010 at 10:00 a.m., be vacated and that a court trial in the matter be set for October 29, 2010 at 10:00 A.M.

Dated: August _____, 2010          BENJAMIN B. WAGNER
                                    United States Attorney

                                    By: _____
                                    MATTHEW STEGMAN
                                    Assistant U.S. Attorney

Dated: August  6 , 2010

                                    By: _____
                                    ADAM B. RYAN
                                    Attorney for Defendant

---

1

STIPULATION

| | |
|---|---|
| 1 | **Order** |
| 2 | |
| 3 | Dated: August 10, 2010 |
| 4 | |
| 5 | |
| 6 | By: /s/ |
| 7 | HON. CRAIG M. KELLISON |
|   | UNITED STATES MAGISTRATE JUDGE |

2

STIPULATION