```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
MICHAEL A. WHEABLE
Certified Law Clerk
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2805
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag. No. 10-015 CMK |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE COURT TRIAL AND ORDER** |
| v. | ) | |
| JEFFREY NEWMAN, | ) | Date: October 29, 2010<br>Time: 10:00 a.m.<br>Judge: Hon. Craig M. Kellison |
| Defendant. | ) | |

It is hereby stipulated and agreed between the United States, through Assistant United States Attorney Matthew C. Stegman, and the defendant, JEFFREY NEWMAN, through his attorney, Adam Ryan, to continue the court trial set for October 29, 2010, at 10:00 a.m. to January 12, 2011, at 1:30 p.m.

///
///
///
///
///
///
///

1

This continuance is requested because the citing officer will not be available to testify on October 29, 2010.

DATED: October 26, 2010         BENJAMIN B. WAGNER
                                United States Attorney

                          By:   /s/ Matthew C. Stegman
                                MATTHEW C. STEGMAN
                                Assistant U.S. Attorney


DATED: October 26, 2010

                          By:   /s/ Adam Ryan
                                Adam Ryan
                                Attorney for Defendant

O R D E R

IT IS SO ORDERED:

DATED:  October 27, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2